John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113-1808
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile                              **OK/HAV**

Attorney for Defendant, RANDALL ALLEN HUFFMAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 2:03CR00438-01 |
| ) | |
| vs. ) | |
| ) | STIPULATION TO CONTINUE |
| RANDALL ALLEN HUFFMAN, ) | SENTENCING HEARING |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated and agreed between Defendant Randall Allen Huffman, by and through his counsel of record, John L. Williams, Esq., and the United States, by and through Assistant United States Attorney Philip A. Ferrari, as follows:

 1. This matter is presently set for a sentencing hearing on January 18, 2007, at 10:00 a.m.

 2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

 3. For the foregoing reasons, and that the ends of Justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from January 18, 2007, at 10:00 a.m. to February 15, 2007, at 10:00 a.m. or the next available date.

STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER
U.S. v. Huffman – Case No._. 2:03CR00438-01

IT IS SO STIPULATED.

Dated: December 20, 2006                              KEVIN V. RYAN
                                                      United States Attorney


                                                      /s/ Philip A. Ferrari
                                                      PHILIP A. FERRARI
                                                      Assistant United States Attorney


Dated:  December 20, 2006                             /s/ John L. Williams
                                                      JOHN L. WILLIAMS
                                                      Attorney for Defendant


## ORDER

**IT IS SO ORDERED**.

Upon stipulation of the parties and good cause shown, the sentencing hearing is continued from January 18, 2007, at 10:00 a.m. to February 15, 2007, at 10:00 a.m.

Dated: January 8, 2007

                                                      /s/ David F. Levi
                                                      DAVID F. LEVI
                                                      United States District Judge