John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113-1808
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant, RANDALL ALLEN HUFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:03CR00438 DLJ |
| ) | |
| Plaintiff, ) | REQUEST FOR STAY OF SURRENDER DATE; |
| ) | DECLARATION OF JOHN L. WILLIAMS; AND |
| vs. ) | ORDER GRANTING STAY |
| ) | |
| RANDALL ALLEN HUFFMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, the undersigned declare:

1.   I am an attorney licensed to practice law in the state of California and before this Honorable Court. I am a member in good standing of the State Bar of California. If called to testify as a witness regarding the matters set forth in this Declaration, I could do so of my own personal knowledge except as to matters which are based upon information and belief, and as to those matters, I do believe them to be true.

2.   I am the attorney of record for Mr. Huffman in the above-captioned matter.

3.   Mr. Huffman entered into a plea agreement in the above-referenced matter and on June 14, 2007, Mr. Huffman was sentenced by Judge David F. Levi to 60 days incarceration. Mr. Huffman was ordered to surrender to Lompoc Camp on July 12, 2007.

REQUEST FOR STAY OF SURRENDER; DECLARATION OF JOHN L. WILLIAMS; AND [PROPOSED] ORDER GRANTING STAY
U.S. v. Huffman – Case No._. 2:03CR00438-01

1

PDF created with pdfFactory trial version www.pdffactory.com

4. I am informed and believe Mr. Huffman's mother, Nancy Kae Huffman, is critically ill and over the past weekend her condition was changed to terminal status. She is not expected to survive the week. (See Exhibit A)

5. Mr. Huffman is the current acting health care agent under the Durable Power of Attorney for Health care of his mother, Nancy Kae Huffman as well as a co-trustee of Ms. Huffman's' revocable trust and the nominated executor of Ms. Huffman's will. (See Exhibit B)

6. For the above-stated reasons, Mr. Huffman respectfully requests that the Court grant an order staying his surrender date from July 12, 2007, to August 14, 2007.

7. I have spoken to Assistant United States Attorney Philip A. Ferrari and he has no objection to the requested stay.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 2nd day of July, 2007, at San Jose, California.

/s/ John L. Williams
JOHN L. WILLIAMS
Attorney for Defendant

REQUEST FOR STAY OF SURRENDER; DECLARATION OF JOHN L. WILLIAMS; AND [PROPOSED] ORDER GRANTING STAY
U.S. v. Huffman – Case No._. 2:03CR00438-01

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED**.

Upon the declaration of John L. Williams and good cause shown, Mr. Huffman's surrender date is stayed from July 12, 2007, to August 14, 2007

Dated: July 10, 2007

/s/ D. Lowell Jensen<br>
D. Lowell Jensen<br>
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com