John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113-1808
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant,
RANDALL ALLEN HUFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RANDALL ALLEN HUFFMAN, )<br>)<br>Defendant. )<br>_____ ) | No. 2:03CR00438-01<br><br>DECLARATION OF JOHN L. WILLIAMS AND ORDER PERMITING TRAVEL |

    I am an attorney licensed to practice law in the state of California and before this Honorable Court.  I am a member in good standing of the State Bar of California.  If called to testify as a witness regarding the matters set forth in this Declaration, I could do so of my own person knowledge except as to those matters, which are based, on information and belief and as to those matters, I do believe them to be true.

    1.    I am attorney of record for Mr. Randall Allen Huffman, in the above-entitled matter.

    2.    Mr. Huffman was convicted by plea of a violation of 18 U. S. C. § 4, Misprision of Felony, in the above-entitled matter.  On June 14, 2007, he was sentenced by Judge David F.

PDF created with pdfFactory trial version www.pdffactory.com

Levi to 60 days incarceration and ordered to pay $40,000 in restitution. The term of incarceration was completed and the restitution has been paid.

3. Mr. Huffman has planned a vacation cruise with his wife from April 14, 2008 to April 19, 2008. The cruise will go to Mexico. He also seeks the Court's permission for a travel order for this cruise.

4. Mr. Huffman's probation officer Juan Ramirez has no objection to the above requests. The Assistant United States Attorney, Mr. Phillip Ferrari, who prosecuted the above entitle matter also has no objection to the above requests. Mr. Ferrari has also approved the form of the attached orders.

Date: March 24, 2008 　　　　　　　　　　　　　/s/ John L. Williams
　　　　　　　　　　　　　　　　　　　　　　　　JOHN L. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Upon the declaration of John L. Williams and good cause appearing, **IT IS SO ORDERED:**

Mr. Randall Allen Huffman may travel on a vacation cruise April 14, 2008 to April 19, 2008.

Dated this 31st day of March 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ D. Lowell Jensen
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge