John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113-1808
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant,
RANDALL ALLEN HUFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 2:03CR00438-01 DLJ |
| ) | |
| vs. ) | DECLARATION OF JOHN L. WILLIAMS AND ORDER |
| ) | |
| RANDALL ALLEN HUFFMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

  I am an attorney licensed to practice law in the state of California and before this Honorable Court.  I am a member in good standing of the State Bar of California.  If called to testify as a witness regarding the matters set forth in this Declaration, I could do so of my own person knowledge except as to those matters, which are based, on information and belief and as to those matters, I do believe them to be true.

  1. I am attorney of record for Mr. Randall Allen Huffman, in the above-entitled matter.

  2. Mr. Huffman was convicted by plea of a violation of 18 U. S. C. § 4, Misprision of Felony, in the above-entitled matter.  On June 14, 2007, he was sentenced by Judge David F.

PDF created with pdfFactory trial version www.pdffactory.com

Levi to 60 days incarceration and ordered to pay $40,000 in restitution.  The term of incarceration was completed and the restitution has been paid.

3. Among the conditions of supervision was the following:

> The defendant shall not act in a fiduciary capacity; shall not obtain employment as a fiduciary; and shall not buy, sell or trade stocks, bonds, or any securities without first securing the permission of the Court.

4. Mr. Huffman is establishing two new businesses in the state of Wyoming.  One new business is a laundromat and the other is a motel. He wishes to incorporate both new businesses.  The laundromat business would be incorporated as West Coast Laundry Management Inc.  The motel would be incorporated as West Coast Hospitality Management Inc. To incorporate those businesses in the state of Wyoming requires that he issue 1,000 shares of stock in each corporate entity to himself as part of that incorporation process.  Mr. Huffman would not resell that stock without permission of this Court.

5. Mr. Huffman's mother recently passed away.  Mr. Huffman is co-trustee of her estate along with his brother, Craig Huffman.  Mr. Randall Huffman wishes to purchase his mother's home from the estate. The residence is located at 1614 Monteval Court, San Jose, California.  In order to do so he must obtain financing to reimburse the other beneficiaries of his mothers will.  Such financing will require that he sign both personally and as trustee for the estate.

6. Mr. Huffman seeks the Court's permission to issue stock to himself in connection with the two new businesses in Wyoming as set forth above and to obtain financing to purchase his deceased Mother's home

7. Mr. Huffman's probation officer Juan Ramirez has no objection to the above requests. The Assistant United States Attorney, Mr. Phillip Ferrari, who prosecuted the above

PDF created with pdfFactory trial version www.pdffactory.com

entitle matter also has no objection to the above requests.  Mr. Ferrari has also approved the form of the attached orders.

Date: March 24, 2008                                         /s/ John L. Williams
                                                             JOHN L. WILLIAMS
                                                             Attorney for Defendant

### ORDER

Upon the declaration of John L. Williams and good cause appearing, **IT IS SO ORDERED:**

Mr. Randall Allen Huffman may issue 1,000 shares of common stock in West Coast Laundry Management and 1,000 shares of stock in West Coast Hospitality Management in the state to Wyoming.

**IT IS FURTHER ORDERED THAT:**

Mr. Randall Allen Huffman may obtain financing necessary to purchase his mother's former residence located at 1614 Monteval Court, San Jose, California.

Dated this 31st day of March 2008.

                                                             /s/ D. Lowell Jensen
                                                             United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com